AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>BASEL HABABA, SALEM DABOUL and WESTSIDE POOL OF ZAIDAL, INC., DBA WESTSIDE POOL<br><br>*Defendant(s)* | Civil Action No. 3:15cv1247-J-32JBT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WESTSIDE POOL OF ZAIDAL, INC.DBA WEST SIDE POOL
7579 103rd Street 8
Jacksonville, FL 32210
c/o BRETT ISAAC
REGISTERED AGENT
2151 University Boulevard S
Jacksonville, FL 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/21/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>BASEL HABABA, SALEM DABOUL and WESTSIDE POOL OF ZAIDAL, INC., DBA WESTSIDE POOL<br><br>*Defendant(s)* | Civil Action No. 3:15CV1247-J-32JBT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BASEL HABABA, individually and as an officer, director, shareholder
and/or principal of Westside Pool of Zaidal, Inc. dba Westside Pool
8976 Blaine Meadows Drive
Jacksonville, FL 32257

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/21/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

JOE HAND PROMOTIONS, INC.

*Plaintiff(s)*

v.

BASEL HABABA, SALEM DABOUL and WESTSIDE POOL OF ZAIDAL, INC., DBA WESTSIDE POOL

*Defendant(s)*

Civil Action No. 3:15CV1247-J-32JBT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SALEM DABOUL, individually and as an officer, director, shareholder and/or principal of Westside Pool of Zaidal, Inc. dba Westside Pool
4106 San Remo Drive
Jacksonville, FL 32217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  WILLIAM L. YANGER, ESQ.
YANGER LAW GROUP, PA
217 N. LOIS AVENUE
TAMPA, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/21/15

*Signature of Clerk or Deputy Clerk*